## RECONSIDERATION DOCKET

**93–7.** State v. Williams. *Butler County,* Nos. CA91–04–060 and CA92–06–110. Reported at 73 Ohio St.3d 153, 652 N.E.2d 721. On motion for reconsideration. Motion denied.

**93–2374.** Chan v. Miami Univ. *Franklin County,* Nos. 93AP–213 and 93AP–309. Reported at 73 Ohio St.3d 52, 652 N.E.2d 644. On motion for reconsideration. Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**94–103.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. Reported at 73 Ohio St.3d 141, 652 N.E.2d 710. On motion for reconsideration and on *pro se* motion for reconsideration. Motions denied.

WRIGHT and PFEIFER, JJ., dissent.

F.E. SWEENEY, J., not participating.

**94–136.** Collins v. Rizkana. *Stark County,* No. CA–9310. Reported at 73 Ohio St.3d 65, 652 N.E.2d 653. On motion for reconsideration. Motion denied.

**94–339.** Lewis v. Steinreich. *Summit County,* No. 16203. Reported at 73 Ohio St.3d 299, 652 N.E.2d 981. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.